# United States Court of Appeals
## For the First Circuit

No. 02-2701

CHRISTOPHER MUNOZ,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on May 29, 2003 is corrected as follows:

On page 3, line 14, change "F.2d" to "F.3d"